UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-20258-CIV-JORDAN

| | |
|---|---|
| ROSA MARIA HERNANDEZ )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>NORWEGIAN CRUISE LINES )<br>)<br>Defendant )<br>) | **CLOSED<br>CIVIL<br>CASE** |

ORDER CLOSING CASE

In light of the mediator's report indicating that this case has been settled [D.E. 23], this action is dismissed without prejudice. All pending motions are denied as moot, and this case is closed.

I will dismiss this case with prejudice if the parties file a stipulation of dismissal with prejudice by October 29, 2008.

DONE and ORDERED in chambers in Miami, Florida, this 15th day of October, 2008.

_____
Adalberto Jordan
United States District Judge

Copies to:   Magistrate Judge McAliley
             All counsel of record